UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CLARENCE WALKER,<br><br>    Petitioner,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No: C 09-2770 SBA<br><br>2255 MOT. – See CR 04-40106 SBA<br><br>**ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY** |

On September 27, 2012, the Court denied Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. In its order denying said motion, the Court made a finding that a Certificate of Appealability ("COA") was not warranted. Dkt. 175 at 9-10. The Court explained that it "has reviewed the record of this case and finds that the issues are not debatable among jurists of reason." Id. (citing Lambright v. Stewart, 220 F.3d 1022, 1024-25 (9th Cir. 2000)).

On November 1, 2012, Petitioner filed a Notice of Appeal and a request for a COA, the latter of which the Court liberally construes a request for reconsideration. "A motion for reconsideration should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law." 389 Orange Street Partners v. Arnold, 179 F.3d 656, 665 (9th Cir. 1999). None of these grounds is presented in Petitioner's motion. In addition, Petitioner has otherwise failed to persuade the Court that the denial of his motion under 28 U.S.C. § 2255 raises issues that are debatable among jurists of reason. Lambright, 220 F.3d at 1024-25. Accordingly,

G:\lc2\kei..\2255

IT IS HEREBY ORDERED THAT Petitioner's request for a COA is DENIED.

IT IS SO ORDERED.

Dated: November 13, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CLARENCE WALKER,

       Plaintiff,

 v.

USA et al,

       Defendant.
                                                      /

Case Number: CV09-02770 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 21, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clarence Walker
2601 Nuestra Castillo Court
Apt. 2206
San Jose, CA 95127

Dated: November 21, 2012
                                     Richard W. Wieking, Clerk

                                     By: Lisa Clark, Deputy Clerk